```
Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSHUA E. RENO,<br><br>        Defendant. | No.  6:14-MJ-0049-MJS<br><br>STIPULATION TO CONTIUE INITIAL APPEARANCE; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, and Defendant Joshua E. Reno, that the Initial Appearance in the above-captioned matter set for June 25, 2014 shall be continued to August 6, 2014 at 10:00 a.m.  The request for a continuance is made because Defendant recently started a new job and needs additional time to arrange to be away from work and to coordinate transportation to Yosemite.

//

//

//

Defendant further agrees to waive personal service of any summons indicated the new court date, and agrees to appear in person on August 6, 2014.

Dated: June 20, 2014                /S/ Susan St. Vincent
                                    Susan St. Vincent
                                    Acting Legal Officer
                                    Yosemite National Park

Dated: June 20, 2014                /S/ Joshua E. Reno
                                    Joshua E. Reno
                                    Defendant

**ORDER**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the June 25, 2014, Initial Appearance for Joshua E. Reno, case number 6:14-MJ-00049-MJS, is hereby continued to August 6, 2014 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   June 20, 2014              /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE